U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

    GERALD KEITH SUZORE        CASE NO. 13-24153

        DEBTOR(S)        CH.7

---

**NOTICE OF WITHDRAWAL OF TRUSTEE'S REPORT OF NO ASSETS**

---

The Notice of Edward L. Montedonico, Trustee, respectfully represents:

1. That he is the duly qualified and acting Trustee in this case.

2. As Trustee, a Report of No Assets was previously filed.

3. The Report of No Assets should be withdrawn and that the above proceeding should remain open for further administration.

4. Notice is hereby given that the Trustee's previously filed Report of no assets filed at Docket No. 12 on May 16, 2013, is hereby withdrawn.

This the 18TH day of JUNE, 2013.

        /s/EDWARD L. MONTEDONICO
        Chapter 7 Case Trustee
        200 Jefferson AV. #201
        Memphis, TN 38103
        (901) 521-9390    4781

CERTIFICATE OF SERVICE

The Clerk of the Court shall serve a copy of the foregoing Notice upon the Debtor(s), the Debtor(s)' Attorney, the U. S. Trustee, and all Creditors and Interested Parties pursuant to the Trustee's Application to defer payment of certain fees and local rules.

        /s/EDWARD L. MONTEDONICO
        EDWARD L. MONTEDONICO